POLYMASC PHARMACEUTICALS, PLC, Plaintiff–Appellant,

v.

ALZA CORPORATION, Defendant–Appellee.

No. 03–1259.

United States Court of Appeals, Federal Circuit.

July 18, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).